IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20 CR 687 HEA |
| | ) |
| DEMETRIUS ADAMS, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR JUDGMENT OF ACQUITTAL AT THE CONCLUSION OF ALL EVIDENCE

COMES NOW Defendant, Demetrius Adams, by and through his attorney, Teneil Kellerman and pursuant to Rule 29 of the Federal Rules of Criminal Procedure, at the conclusion of all evidence and moves the Court for a judgment of acquittal for the following reasons:

1. The evidence in the case taken as a whole is insufficient to prove the Defendant's guilt beyond a reasonable doubt as a matter of law.

2. The evidence offered is equally consistent with a finding of innocence.

Respectfully submitted,

       */s/ Teneil Kellerman*       
Teneil Kellerman, #52971MO
GROWE EISEN KARLEN EILERTS
120 S. Central Ave., Ste 150
St. Louis, MO  63105
314-725-1912/ fax 314-261-7326
teneil@groweeisen.com
*ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 24th day of August, 2021, the foregoing was electronically filed with the Clerk of Court and therefore served upon all parties of record.

                                                    */s/ Teneil Kellerman*